**IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF WYOMING**

| | |
|---|---|
| **CLOUD PEAK LAW GROUP, P.C.,** | ) CASE NO.:  22-CV-163-J |
| **Petitioner,** | ) |
| vs. | ) |
| **UNITED STATES OF AMERICA,** | ) |
| **Respondent.** | ) |

**DISMISSAL OF ACTION PURSUANT TO FED.CIV.P.R. 41(a)(1)(A)(i)**

**COMES NOW** the Plaintiff, Cloud Peak Law Group PC, A Wyoming professional corporation, who hereby dismisses its action against the Defendant in this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

DATED this 15th day of August, 2022.

*/s/ Seth Shumaker*

Seth Shumaker, WSB 6-3818
2 N. Main, Ste. 103
Sheridan, WY  82801
307 675-1233
307 675-1235 (fax)
sheridanwyolaw@gmail.com
Attorney for Petitioner

DISMISSAL OF PETITION TO QUASH IRS SUBPOENA
CLOUD PEAK LAW GROUP PC v. UNITED STATES

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Petition to Quash was sent this 15TH day of August, 2022, via the Court's ECF system and to the following via email and U.S. Mail, postage prepaid:

Jasmine Peters
Assistant U.S. Attorney
P.O. Box 668
Cheyenne, WY 82001
Attorney for Respondent

Carla C. Johnson
31 Hopkins Plaza
Room 1040
Baltimore, MD 21201

Brigit M. Flannery
31 Hopkins Plaza
Room 1040
Baltimore, MD 21201

/s/ Seth Shumaker

Seth Shumaker