IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CLOUD PEAK LAW GROUP, P.C., <br><br> Petitioner, <br><br> V. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent, | Case No. 22-CV-163-ABJ |

## ORDER OF DISMISSAL

On August 15, 2022, Plaintiff filed a dismissal of this action against Defendant. ECF No. 2. For that reason, this court dismissed this action.

It is so **ORDERED**.

Dated this 15th day of August, 2022.

Alan B. Johnson
United States District Judge